**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LV DEBT COLLECT, LLC, | ) | Case No. 2:16-cv-02857-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE BANK OF NEW YORK MELLON, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

In light of the order staying this case issued by United States District Judge Andrew P. Gordon, Docket No. 5, the undersigned's order requiring a discovery plan at Docket No. 6 is hereby **VACATED**.

IT IS SO ORDERED.

DATED: December 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge