MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Plaintiff, LV Debt Collect, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LV DEBT COLLECT, LLC,<br><br>Plaintiff,<br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONS FIRST LENDING, INC.; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-02857-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff, LV Debt Collect, LLC, hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

///

///

///

///

///

The Law Office of Mike Beede, PLLC will continue to represent Plaintiff, LV Debt Collect, LLC, and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

LAW OFFICE OF MICHAEL BEEDE, PLLC

By: _/s/ Michael Beede, Esq._____
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
2300 W. Sahara Ave., #420
Las Vegas, NV 89102

**COURT APPROVAL**

IT IS SO ORDERED.

Date: February 6, 2017

_____
UNITED STATES MAGISTRATE JUDGE