# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LV DEBT COLLECT, INC.,

    Plaintiff(s),

v.

BANK OF NEW YORK MELLON, et al.,

    Defendant(s).

Case No.: 2:16-cv-02857-APG-NJK

**Order**

Defendant Nations First Lending Inc. has not appeared in this case even though Plaintiff filed an affidavit of service on January 9, 2017. Docket No. 16. Plaintiff shall file a status report, no later than March 26, 2019, explaining how it intends to proceed against Defendant Nations First Lending.

IT IS SO ORDERED.

Dated: March 12, 2019

Nancy J. Koppe
United States Magistrate Judge