Robin E. Perkins, Esq.
Nevada Bar No. 9891
Holly E. Cheong, Esq.
Nevada Bar No. 11936
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
rperkins@swlaw.com
hcheong@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LV DEBT COLLECT, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-02, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-02; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NATIONS FIRST LENDING, INC.; WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive <br><br> Defendants. | CASE NO.: 2:16-CV-02857-APG-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF WELLS FARGO BANK, N.A. WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LV Debt Collect, LLC ("Plaintiff"), and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective undersigned counsel of record that Wells Fargo will be dismissed with prejudice from this action, and all claims and counterclaims between Plaintiff and Wells Fargo will be dismissed with prejudice.

///

///

Each party shall bear their own attorney's fees.

DATED this 22nd day of March, 2019.   DATED this 22nd day of March, 2019.

BY: */s/ Holly E. Cheong*                    BY: */s/ Michael Beede*
HOLLY CHEONG, ESQ.                         MICHAEL BEEDE, ESQ.
Nevada Bar No. 11936                       Nevada Bar No. 13068
Snell & Wilmer LLP                         Law Office of Mike Beede PLLC
3883 Howard Hughes Pkwy, Suite 1100        2470 St. Rose Pkwy, Suite 201
Las Vegas, NV 89169                        Henderson, NV 89074
*Attorney for Wells Fargo Bank, N.A.*      *Attorney for LV Debt Collect, LLC*

## ORDER

The Court, having reviewed the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that in the above-captioned and numbered matter, WELLS FARGO BANK, N.A. is dismissed from this action with prejudice. All parties to bear their own attorneys' fees and costs.

Dated: March 22, 2019.

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF WELLS FARGO BANK, N.A. WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | ___X___ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

Michael N. Beede, Esq.
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Parkway, Suite 307
Henderson, Nevada 89074
eservice@legallv.com
amanda@legallv.com
mike@legallv.com

*Attorneys for LV Debt Collect, LLC*

Ariel E. Stern, Esq.
Darren T. Brenner, Esq.
Tenesa S. Powell, Esq.
Jesse A. Ransom, Esq.
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
ariel.stern@akerman.com
darren.brenner@akerman.com
tenesa.scaturro@akerman.com
jesse.ransom@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate Holders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2005-02, Mortgage Pass Through Certificates, Series 2005-02*

DATED this 22nd day of March, 2019.

　　　　　　　　　　　　　　　　　　*/s/ Maricris Williams*
　　　　　　　　　　　　　　　　　　An Employee of Snell & Wilmer L.L.P.

4819-4948-4938